# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD GRAZIANO, | : | Civil No. 1:23-CV-00947 |
| Plaintiff, | : | |
| v. | : | |
| JOHN WETZEL, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW,** on this 9th day of February 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT** Plaintiff's motion to compel, Doc. 95, is **DENIED** without prejudice.

<u>s/Jennifer P. Wilson</u>
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania