**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EDWARD GRAZIANO, | : | Civil No. 1:23-CV-00947 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN WETZEL, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 29th day of June 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. Plaintiff's motion to compel and for sanctions, Doc. 116, is **DENIED**.

2. Plaintiff's motion to compel, Doc. 117, is **DENIED**.

3. Plaintiff's motion to compel, Doc. 120, is **DENIED**

4. Plaintiff's motion for leave to depose inmates, Doc. 121, is **DENIED** without prejudice.

5. Plaintiff's motion to compel, Doc. 124, is **DENIED** without prejudice to requests being renewed following a discovery conference.

6. Plaintiff's motion to compel, Doc. 131, is **DENIED** without prejudice to requests being renewed following a discovery conference.

7. Plaintiff's motion to compel, Doc. 135 is **DENIED** without prejudice to requests being renewed following a discovery conference.

1

8. Plaintiff's motion to compel, Doc. 136, is **DENIED** without prejudice to requests being renewed following a discovery conference.

9. The parties will participate in a discovery conference by **July 31, 2026**. Defendants' attorney will make arrangement to call into SCI-Benner to discuss the current discovery disputes. The parties will confirm that the discovery conference has taken place by filing a written notice to the court.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

2