**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EDWARD GRAZIANO, | : | Civil No. 1:23-CV-00947 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN WETZEL, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

# ORDER

**AND NOW**, on this 21st day of September 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Defendants' motion for a protective order, Doc. 146, is **GRANTED** in part.

2. Plaintiff is precluded from making further discovery requests that are duplicative of his previous discovery requests.

3. Plaintiff is precluded from making further discovery requests concerning any claims not raised in the operative complaint. Specifically, Plaintiff is precluded from requesting discovery concerning the use of the dayroom television for religious services.

4. Defendants are not required to provide substantive responses to Plaintiff's current or future requests that fall into the categories set forth in the above two paragraphs. Instead, their response can simply cite this Order.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania