**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EDWARD GRAZIANO, | : | Civil No. 1:23-CV-00947 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN WETZEL, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW,** this 4th day of November 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motion for leave to exceed page limitations in his brief in support of his motion to compel, Doc. 158, is **GRANTED**. The court considered his full brief in support of his motion to compel, Doc 158-1.

2. Plaintiff's motion to amend the docket entry filing dates, Doc. 159, is **DENIED**.

3. Plaintiff's motion to compel, Doc. 157, is **DENIED**.

4. Plaintiff's motion for leave to file *nunc pro tunc* permissive joinder petitions, Doc. 160, is deemed **WITHDRAWN**.

5. A certificate that Plaintiff has conferred with Defense Counsel in good faith to settle any discovery disputes must accompany any future motions to compel. Failure to file the required certificate will result in the motion being stricken from the record.

6. The court's protective order entered on September 21, 2026, Doc. 154, can be relied upon by Defendants when addressing any outstanding discovery requests.

7. There will be no further extensions of the discovery deadline in this case, which is December 31, 2026.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania